Adelbert C. Merritt, Appellant, *v.* Oliver C. Merritt et al., Respondents.

(Submitted October 28, 1890; decided December 2, 1890.)

Appeal from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 22, 1886, which affirmed a judgment in favor of defendants entered upon the report of a referee.

*George W. Lamb* for appellant.

*Henry J. Sullivan* for respondents.

Agree to affirm; no opinion.
All concur, except Bradley and Haight, JJ., not sitting.
Judgment affirmed.

---

Cornelius Jackson, Respondent, *v.* The Fire Association of Philadelphia, Appellant.

(Argued October 28, 1890; decided December 2, 1890.)

Appeal from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made the first Tuesday of February, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*L. M. Brown* for appellant.

*Charles J. Buchanan* for respondent.

Agree to affirm; no opinion.
All concur, except Potter and Parker, JJ., not sitting.
Judgment affirmed.